# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 2:20-CR-49 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER SANCHEZ MENDOZA, JR. | ) | |

## MOTION TO UNSEAL INDICTMENT

Now comes the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and moves the Court to unseal the Indictment and all process related to the Indictment in the above-styled case. In support of this motion, the government shows that defendant is now in custody and prepared to make his initial appearance.

WHEREFORE, the government moves that the above-styled Indictment and all process related to the Indictment be unsealed.

Respectfully submitted this 19th day of March, 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
TN Bar No: 019397

Post Office Box 8970
Savannah, GA 31412
Telephone Number: 912-652-4422