UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 2:20-CR-49 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER SANCHEZ MENDOZA, JR. | ) | |

## ORDER

The foregoing Motion to Unseal Indictment and all process related to the Indictment having been read and considered, the government's motion is GRANTED. It is hereby ORDERED that the Indictment and all process related to the Indictment in the above-styled case be UNSEALED.

SO ORDERED, this 22nd day of March, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA